UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**KANE MARCEAUX, ET AL**
*Plaintiffs*

CIVIL ACTION NO. 6:12‑CV‑01532

**VERSUS**

JUDGE RICHARD T. HAIK, SR.

**LAFAYETTE CONSOLIDATED GOVERNMENT, ET AL**
*Defendants*

MAGISTRATE PATRICK J. HANNA

*************************************************************************

### ORDER

Considering the foregoing Motion to Strike,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that Plaintiffs, KANE MARCEAUX, GREG CORMIER, SCOTT POIENCOT, NORBERT MYERS, GABE THOMPSON, NOVEY STELLY, ULETOM P. HEWITT, REGINA BRISCOE, and ALEETA M. HARDING, appear and show cause on the _____ day of _____, 2012 at _____, why Defendants' Motion to Strike should not be granted, and at Plaintiffs' cost.

_____
JUDGE

**PLEASE SERVE:**

KANE MARCEAUX, GREG CORMIER, SCOTT POIENCOT, NORBERT MYERS, GABE THOMPSON, NOVEY STELLY, ULETOM P. HEWITT, REGINA BRISCOE, and ALEETA M. HARDING
Through their attorneys of record:

Mr. S. Stephen Spring, II
Spring & Spring, LLC
733 East Airport Avenue, Suite 104
Baton Rouge, LA  70806

Mr. J. Christopher Alexander, Sr.
3751 Government Street, Suite "A"
Baton Rouge, LA  70806