IN THE CIVIL DISTRICT COURT

OF THE FIFTEENTH JUDICIAL DISTRICT

IN AND FOR THE PARISH OF LAFAYETTE

STATE OF LOUISIANA

* * * * * * * * * * * * * * * * * * * * * * *

KYLE MARCEAUX

VERSUS                              CIVIL DOCKET NO.

LAFAYETTE PARISH                    20122899
CONSOLIDATED GOVERNMENT

* * * * * * * * * * * * * * * * * * * * * * *

The above-entitled case came up as a Rule at the Lafayette Parish Courthouse, Lafayette, Louisiana, before the Honorable Judge, Kristian J. Earles, on Tuesday, May 29, 2012.

APPEARANCES:

FOR THE PLAINTIFF:

Mr. Stephen Spring
Attorney at Law
733 East Airport Avenue, Suite 104
Baton Rouge, Louisiana 70806

FOR THE DEFENDANT:

Mr. Michael Corry
Attorney at Law
413 Travis Street
Lafayette, Louisiana 70503

KATHLEEN D. MATHEWS, C.C.R.
POST OFFICE BOX 1980, CROWLEY, LOUISIANA 70527
OFFICIAL, 15TH JUDICIAL DISTRICT COURT
PHONE: (337) 788-8811



EXHIBIT B

| | |
|---|---|
| 1 | investigate. Obviously, Major Alfred |
| 2 | takes that to heart, as he stated, because |
| 3 | it was a public forum. Every officer has |
| 4 | a right to make a complaint with the Civil |
| 5 | Service Board on retaliation. And with |
| 6 | respect to that, Chief Craft issued – this |
| 7 | was from Kane Marceaux who was the one |
| 8 | that made the complaint the day before. |
| 9 | Chief Craft sent him an email indicating |
| 10 | he had violated policy. Not Kane Marceaux |
| 11 | but Chief Craft. So it certainly seems to |
| 12 | me it's relevant in terms of how they take |
| 13 | a threat. And this is a man that's in |
| 14 | charge of the department making those |
| 15 | kinds of statements, Judge. It's how they |
| 16 | perceive it. |
| 17 | **BY THE COURT:** |
| 18 | So, at this point you have no |
| 19 | additional evidence of any other threats |
| 20 | other than what you allege was made on |
| 21 | this CD? |
| 22 | **BY MR. SPRING:** |
| 23 | With respect to the TRO, yes. But we |
| 24 | also have evidence with respect to |
| 25 | reprisals and retaliation. We filed |
| 26 | supplemental -- (interrupted) |
| 27 | **BY THE COURT:** |
| 28 | I understand that. That's part of |
| 29 | the ongoing lawsuit. But as far as for |
| 30 | the TRO, I am going to grant your Motion |
| 31 | to Dismiss the TRO and everything else |
| 32 | will follow, first of all, through Civil |

```
 1    Service and then through appeals and then
 2    through this suit.
 3    BY MR. CORRY:
 4         At plaintiff's cost?
 5    BY THE COURT:
 6         At plaintiff's cost.
 7    BY MR. CORRY:
 8         Thank you, Judge.  I'll prepare a
 9    judgement and circulate it to Mr. Spring.
10    BY THE COURT:
11         And it just may be said for the
12    record that I didn't find anything here
13    that would be considered a threat to
14    anybody in the department.
15    BY MR. CORRY:
16         Thank you, Judge.
17    BY MR. SPRING:
18         Your Honor, we would respectfully
19    object for the record.  Thank you.
20    BY THE COURT:
21         I understand.
22
23    THE PROCEEDINGS IN THIS MATTER WERE CONCLUDED.
24
25
26
27
28
29
30
31
32
```

KATHLEEN D. MATHEWS, C.C.R.
POST OFFICE BOX 1980, CROWLEY, LOUISIANA 70527
OFFICIAL, 15TH JUDICIAL DISTRICT COURT
PHONE: (337) 788-8811

Page 30

```
 1                    C E R T I F I C A T E
 2
 3   STATE OF LOUISIANA
 4   PARISH OF LAFAYETTE
 5
 6        I, Kathleen D. Mathews, C.C.R., do hereby
 7   certify that I am a duly appointed, qualified, and
 8   acting Official Court Reporter for the Fifteenth
 9   Judicial District Court in and for the Parishes of
10   Acadia, Lafayette, Vermilion, the State of
11   Louisiana.
12        I further certify that the foregoing thirty
13   (30) pages is a true and correct transcript of the
14   proceedings entered into the record, held in the
15   captioned cause and that said transcript is a true
16   and correct transcription of my stenographic notes
17   then and there taken.
18
19        [OFFICIAL SEAL
20         KATHLEEN D. MATHEWS
           Certified Court Reporter
21         in and for the State of Louisiana
           Certificate Number 91245
           Certificate expires 12-31-12]
22
23                    _____
                      [signature: Kathleen D Mathews]
24                    KATHLEEN D. MATHEWS, C.C.R.
25                    Official Court Reporter
26
27
28
29
30
31
32
```