UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| KANE MARCEAUX; GREG CORMIER; SCOTT POIENCOT; NORBERT MYERS; GABE THOMPSON; NOVEY STELLY; ULETOM P. HEWITT; REGINA BRISCOE; AND, ALEETA M. HARDING<br>    *Plaintiffs*<br><br>v.<br><br>LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT; LAFAYETTE POLICE DEPARTMENT THROUGH THE LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT; LESTER JOSEPH "JOEY" DUREL, JR. IN HIS CAPACITY AS PRESIDENT OF THE LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT, DEE EDWARD STANLEY, INDIVIDUALLY AND IN HIS CAPACITY AS CHIEF ADMINISTRATIVE OFFICER OF THE LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT; JAMES P. "JIM" CRAFT, INDIVIDUALLY AND IN HIS CAPACITY AS CHIEF OF THE LAFAYETTE POLICE DEPARTMENT; AND, GEORGE "JACKIE" ALFRED, INDIVIDUALLY AND IN HIS CAPACITY AS PATROL DIVISION COMMANDER OF THE LAFAYETTE POLICE DEPARTMENT<br>    *Defendants* | CIVIL NO.: 6:12-CV-01532 RTH-PJH |

**ORDER ON MOTION FOR CONTINUANCE OR FOR EXTENSION OF TIME**

**IN CONSIDERATION** of the Ex Parte Motion to Continue filed by the Plaintiffs herein, **Kane Marceaux, Greg Cormier, Scott Poiencot, Gabriel Thompson, Norbert Myers, Novey Stelly, Uletom P. Hewitt, Regina Briscoe,** and **Aleeta M. Harding**; and,

**IN CONSIDERATION** of the facts as stated therein and the law and equities applicable thereunto:

**IT IS HEREBY ORDERED** that the hearing which is presently set to be had in the above-stated matter on "8/16/2012 09:30 AM in Lafayette, Courtroom 1 before Judge Richard T Haik Sr," [Rec. Doc. 9], be and is hereby continued to the following date and time: The 13TH day of SEPTEMBER, 2012, at 9:30 a.M., in Lafayette, Courtroom 1 before Honorable Judge Richard T. Haik Sr.; and,

**IT IS FURTHER ORDERED** that the delays pursuant to L.R. 7.5 for filing Plaintiffs' Memoranda in Opposition to the Defendants' Motion to Strike [Rec. Doc. 4] and Motion to Dismiss For Failure to State a Claim [Rec. Doc. 5] be and they are correspondingly extended from the present due date of Friday, July 27, 2012, to the new deadline of the _____ day of _____, 201__.

Aug 7, 2012
DATED

_____
UNITED STATES DISTRICT JUDGE