UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **KANE MARCEAUX, ET AL** | **CIVIL ACTION 12-cv-1532** |
| **VERSUS** | **JUDGE HAIK** |
| **LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT** | **MAGISTRATE JUDGE HANNA** |

## ORDERS

On September 5, 2012, the undersigned convened a Rule 16 Conference among the parties. From the representations made by the parties and the discussions had during the conference, the following Orders are issued:

IT IS ORDERED THAT Plaintiffs' shall have 15 days to seek leave to amend the pleadings, which motion shall comply with LR 7.6 regarding a statement of consent, with a courtesy copy to be electronically provided simultaneous with filing to the chambers of the undersigned at Hanna_orders@lawd.uscourts.gov;

IT IS FURTHER ORDERED THAT Plaintiffs will act immediately to provide for service or waiver-of- service documents to/upon the defendants as to the original Complaint;

IT IS FURTHER ORDERED THAT on receipt and consideration of the amended Complaint, defense counsel are to advise the undersigned whether the pending motion to dismiss (Rec. Doc. 5) or the pending motion to strike (Rec. Doc. 4) will go forward as presented or whether either or both of the motions will be amended/supplemented based on the content of the amended pleading filed by Plaintiffs;

IT IS FURTHER ORDERED THAT if the defendants report that there are no

amendments/supplements to Documents 4 or 5, they will be heard by the undersigned on **September 25, 2012, at 9:30 a.m.** in Courtroom 7 without further briefing. If the defendants wish to supplement/amend their motions, the Court will issue a briefing schedule and the motions will be taken up after the briefs are submitted;

IT IS FURTHER ORDERED THAT the hearing on the motions for sanctions (Rec. Doc. 13) will be DEFERRED, pending rulings on the dispositive motions.

IT IS FURTHER ORDERED THAT an evidentiary hearing on the defendants' Motion for Protective Order [Rec. Doc. 18] is set for **Friday, September 14, 2012, at 9:00 a.m.** Plaintiffs' brief in opposition to the motion is due by Thursday, September 13, 2012 with a courtesy copy to be electronically provided simultaneous to filing to the undersigned at Hanna_orders@lawd.uscourts.gov;

IT IS FURTHER ORDERED THAT between the present date and the September 14, 2012 hearing date, the parties shall abide by an 8 day 'stand-down,' as described during the Rule 16 conference. The attorneys/parties shall have no contact or communication with other parties represented by counsel regarding the captioned litigation, except as required in the course of their law enforcement duties and/or the parties and counsel's participation in active Civil Service matters;

IT IS FURTHER ORDERED THAT the parties and their attorneys shall have no contact or communication with the media, or postings over the internet, including social media and by way of the websites referenced during the Rule 16 conference, regarding the allegations in

this lawsuit, or in any way related to the subject matter of this lawsuit until this Court has had the opportunity to rule on the outstanding Motion for Protective Order.

Signed this 5th day of September, 2012 at Lafayette, Louisiana.

_____
PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE