RECEIVED
IN LAFAYETTE, LA.

SEP 0 5 2012

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

Date: 9/04/12

Reply To: JUDGE RICHARD T. HAIK

Subject: #12-1532 - Kane Marceaux, et al v. Lafayette City-Parish, et al

To: All Counsel of Record

### MINUTE ENTRY

Defendant's Motion to Strike [Doc. #4] and Motion to Dismiss [Doc. #5], in the above captioned matter, are transferred to Magistrate Judge Patrick Hanna.

RTH/jds

Copy sent: PJH
On: 9-5-2012
By: MBD