

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

Date: September 10, 2012

Reply to: JUDGE RICHARD T. HAIK

Subject: 12-1532 Marceaux v. Lafayette City Parish Consolidated Government, et al

To: All counsel of record

### MINUTE ENTRY

    The Motion to Strike (Doc. #4), Motion to Dismiss (Doc. #5) and Motion for Sanctions (Doc. #13) are referred to Magistrate Judge Patrick Hanna for a Report and Recommendation.

RTH/mpg