UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **KANE MARCEAUX, ET AL** | **CIVIL ACTION 12-cv-1532** |
| **VERSUS** | **JUDGE HAIK** |
| **LAFAYETTE CONSOLIDATED GOVERNMENT, ET AL** | **MAGISTRATE JUDGE HANNA** |

## ORDERS

Upon notice to the court of the issuance of two subpoenas in the instant case on September 11, 2012, and on considering the scope of information sought therein,

**IT IS ORDERED THAT** the subpoena issued to Sgt. David Anderson, Troop I, is hereby QUASHED in its entirety. Neither the subpoena itself, the document(s) attached to the subpoena, nor any documents or information responsive to the subpoena shall be produced to the parties, their attorneys or to third persons.

**IT IS FURTHER ORDERED THAT** the subpoena issued to Chief Brannon Decou, Broussard City PD, is hereby QUASHED in its entirety. Neither the subpoena itself, the document(s) attached to the subpoena nor any documents or information responsive to the subpoena shall be produced to the parties, their attorneys or to third persons.

**IT IS FURTHER ORDERED** that no party or their attorney shall produce the subpoena or the documents attached to the subpoena to **any** third party absent expression permission of this Court.

**IT IS FURTHER ORDERED THAT** the Clerk shall serve the above-referenced individuals/entities with a copy of this Order.

Signed at Lafayette, Louisiana this 18th day of September, 2012.

_____
PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE