JAN 3 0 2013

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| KANE MARCEAUX | CIVIL ACTION 12-1532 |
| VERSUS | JUDGE HAIK |
| LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT, ET AL | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick Hanna for Report and Recommendation. After an independent review of the record, including the Objections and Reply to Objections, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own. As such, it is hereby **ORDERED**:

1. The defendants' motion is **GRANTED** with regard to all of plaintiffs' claims for injunctive relief, section 1985 conspiracy claims, state-law claims, claims predicated upon alleged violations of the Fourth Amendment, and claims predicated upon alleged violations of their due process and equal protection rights under the Fifth and Fourteenth Amendments. These claims are **DISMISSED**.

2. The defendants motion is **GRANTED** with regard to the claims asserted against defendants Durel, Stanley, Craft, Alfred, Ted Vincent, Randy Vincent, Firmin, Domingue, Prejean, Prevost, and Gremillion in their official capacities, as well as the claims against the Lafayette City Police Department to the extent it is named as a specific defendant. These claims are **DISMISSED**.

3. The defendants' motion is **GRANTED** with regard to the claims asserted against defendants Durel, Firmin, Ted Vincent, Randy Vincent, Domingue, Prejean, Prevost, and Gremillion in their individual capacities. These claims are **DISMISSED**.

4. The defendants' motion is **GRANTED** with regard to the claims asserted by plaintiffs Myers, Harding, Sanchez, Polanco, Briscoe, and Roberts. These claims are **DISMISSED**.

5. The defendants motion is **DENIED** in all other respects.

**THUS DONE** and **SIGNED** on this the 23rd day of January, 2013.

                                                  **JUDGE RICHARD T. HAIK, SR.**
                                                  **UNITED STATES DISTRICT COURT**