# REALTIME GLOSSARY

A realtime glossary enables the court reporter to create a job dictionary with specific terminology and proper names that may be unique to a case. It reduces the amount of unreadable data that will appear in the realtime transcript.

The following things need to be included in the realtime glossary and submitted to the clerk of court to be provided to the court reporter at least seven (7) days before the trial date.

For a very basic reference, see attached example of a realtime glossary.

- **SHORT INTRODUCTION.** Outline what the case is about and when the trial date is. An example would be: Offshore rig accident out in the Gulf of Mexico resulting in a back injury. The trial date is September 14, 2010.

- **LIST OF *ALL* PROPER NAMES.** This needs to include short forms of ALL names AND/OR any nicknames that may be used during the trial. For instance, James Keith Smith a/k/a Jim Smith a/k/a Jimmy Smith a/k/a Smity. *If the name is not gender apparent, please include the Mr. or Ms.* For company names, list the full legal name as well as any short form names that will come up during the trial. An example of this would be Bluebonnet Insurance Company, Incorporated a/k/a Bluebonnet a/k/a BICI.

- **WILL CALL and MAY CALL WITNESS LISTS.**

- **EXHIBIT LIST.**

- **ALL EXPERT REPORTS AND CURRICULUM VITAE.**

- **KEY WORD INDEXES FROM EXPERT OR TECHNICAL WITNESSES *ONLY*.**

- **IMPORTANT DATES.** This would include things like the accident date, surgery dates, or the date of a contract, et cetera. Any date that is likely to come up during the trial over and over again.

- **TECHNICAL/MEDICAL TERMS.** Include any terms that are not ordinarily encountered in our day-to-day life and/or any words you feel will come up during the trial that might be unique to the case.

# REALTIME GLOSSARY EXAMPLE

Court Reporter Name
Address
City, State

Dear Reporter:

Enclosed please find the realtime glossary for the case of James Smith v. Bluebonnet Insurance Company. This is a case involving an offshore rig accident that occurred in the Gulf of Mexico resulting in a back injury (or alleged). The trial date is September 14, 2010.

**Proper Names:**
    James Keith Smith, III
    Jim Smith (most common)
    Bluebonnet Insurance Company, Incorporated.
    BICI (most common)
    Worldwide Divers, Incorporated
    Worldwide (most common)
    Rig 23
    M/V SKYHAWK

**Witness Names:**
    (Attached)

**Exhibit List:**
    (Attached)

**Expert Reports and CVS:**
    (None)

**Keyword Indexing:**
    (None)

**Dates:**
    June 16, 2008 (DOA)
    June 20, 2008 (Date of Surgery)

**Terminology:**
    jettison            gyroscopic stabilizer
    shoal
    gyropilot
    gyroscopic inertia