RECEIVED
MAR - 5 2013
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| KANE MARCEAUX, ET AL | CIVIL ACTION 12-1532 |
| VERSUS | JUDGE HAIK |
| LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT, ET AL | MAGISTRATE JUDGE HANNA |

## RULING

Before the Court is an Appeal of the Magistrate's Ruling regarding Protective Order (Doc. 66). After a thorough review of the Magistrate's Ruling and the arguments presented on appeal, the Court agrees with the findings made by the Magistrate Judge and with the Ruling rendered. As such, the Appeal is **DENIED** and the Ruling issued on the September 18, 2012 stands.

THUS DONE and SIGNED on this 1st day of March, 2013.

RICHARD T. HAIK, SR., DISTRICT JUDGE
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA