UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| KANE MARCEAUX, GREG CORMIER, SCOTT POIENCOT, NORBERT MYERS, GABE THOMPSON, NOVEY STELLY, ULETOM P. HEWITT, REGINA BRISCOE AND ALEETA M. HARDING | CIVIL ACTION NO: 6:12-cv-01532 |
| VERSUS | JUDGE RICHARD T. HAIK, SR. |
| LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT; LAFAYETTE POLICE DEPARTMENT THROUGH THE LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT; LESTER JOSEPH "JOEY" DUREL, JR. IN HIS CAPACITY AS PRESIDENT OF THE LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT; DEE EDWARD STANLEY, INDIVIDUALLY AND IN HIS CAPACITY AS CHIEF ADMINISTRATIVE OFFICER OF THE LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT; JAMES P. "JIM" CRAFT, INDIVIDUALLY AND IN HIS CAPACITY AS CHIEF OF THE LAFAYETTE POLICE DEPARTMENT; AND GEORGE "JACKIE" ALFRED, INDIVIDUALLY AND IN HIS CAPACITY AS PATROL DIVISION COMMANDER OF THE LAFAYETTE POLICE DEPARTMENT | MAGISTRATE JUDGE PATRICK J. HANNA |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION TO SET STATUS CONFERENCE PURSUANT TO F.R.C.P. RULE 16**

NOW INTO COURT, through undersigned counsel, come remaining Defendants, LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT ("LCG"), DEE STANLEY (INDIVIDUALLY), CHIEF OF POLICE JAMES "JIM" CRAFT (INDIVIDUALLY), AND MAJOR GEORGE "JACKIE" ALFRED (INDIVIDUALLY) who hereby move for an Order from the Court setting a status conference pursuant to F.R.C.P. Rule 16 in order to streamline the case and limit discovery to issues relative to qualified immunity, upon representing as follows:

1.

This Court has previously suggested that due to the various pending matters before the Lafayette Municipal Fire and Police Civil Service Board the present matter be limited to the issue of individual Defendants' qualified immunity.

2.

Based on the foregoing suggestion and in order to limit discovery and any further litigation exclusively to matters relative to qualified immunity, Defendants hereby move for a Status Conference between the Court and counsel for all parties to discuss how the case should thus proceed.

WHEREFORE, Defendants pray that their Motion be granted and that this Court schedule a Status Conference with it and counsel for all parties and to further limit discovery and all future proceedings in this case to the issue of individual Defendants' qualified immunity.

Respectfully submitted:

**BRINEY FORET CORRY, LLP**

BY: ___s/ Michael P. Corry___
    **MICHAEL P. CORRY – 20764**
    **PATRICK J. BRINEY – 03467**
    **HALLIE P. COREIL – 33764**
    413 Travis Street
    Suite 200
    Post Office Box 51367
    Lafayette, Louisiana 70505-1367
    Telephone: (337) 237-4070
    Facsimile: (337) 233-8719
**ATTORNEY FOR DEFENDANTS, LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT, DEE EDWARD STANLEY, INDIVIDUALLY, JAMES P. "JIM" CRAFT, INDIVIDUALLY, AND GEORGE "JACKIE" ALFRED, INDIVIDUALLY**

## **CERTIFICATE**

This is to certify that on April 2, 2013, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following:

springlaw@gmail.com

jca@jcalaw.us

hanna_orders@lawd.uscourts.gov

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant or pro se defendant:

**Royal Alexander, Esq.**

s/Michael P. Corry<br>
MICHAEL P. CORRY- 20764