

# United States District Court
OFFICE OF THE CLERK
## Western District of Louisiana

April 3, 2013

*800 Lafayette Street, Suite 2100*  *300 Fannin Street, Suite 1167*
*Lafayette, LA 70501*  *Shreveport, LA 71101*
*1-337-593-5000*  *1-318-676-4273*

Lyle W. Cayce, Clerk
U. S. Court of Appeals - Fifth Circuit
600 S. Maestri Place
New Orleans, LA   70130

RE:  Marceaux v Lafayette City-Parish Cons. Govt., et al
     USDC#  6:12cv1532     USCOA#  13-30225

Dear Sir:

In connection with this appeal, the following items are being electronically certified.

   Record on appeal including updated docket entries, consisting of:

      5 volumes of record
      6 volumes of transcripts (3 are sealed)
      2 containers of exhibits (1 is sealed)
      1 env. w/sealed docs. 25, 55, 61

*Physical record held in Shreveport District Clerks Office.

                                    Very truly yours,

                                    TONY R. MOORE, Clerk of Court

                                    BY:      s/ Nancy Lundy
                                             Nancy Lundy, Deputy Clerk

nl
Enclosures