UNITED STATES OF DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| KANE MARCEAUX, GREG CORMIER, SCOTT POIENCOT, NORBERT MYERS, GABE THOMPSON, NOVEY STELLY, ULETOM P. HEWITT, REGINA BRISCOE AND ALEETA M. HARDING | CIVIL ACTION NO: 6:12-cv-01532 |
| VERSUS | JUDGE RICHARD T. HAIK, SR. |
| LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT; LAFAYETTE POLICE DEPARTMENT THROUGH THE LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT; LESTER JOSEPH "JOEY" DUREL, JR. IN HIS CAPACITY AS PRESIDENT OF THE LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT; DEE EDWARD STANLEY, INDIVIDUALLY AND IN HIS CAPACITY AS CHIEF ADMINISTRATIVE OFFICER OF THE LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT; JAMES P. "JIM" CRAFT, INDIVIDUALLY AND IN HIS CAPACITY AS CHIEF OF THE LAFAYETTE POLICE DEPARTMENT; AND GEORGE "JACKIE" ALFRED, INDIVIDUALLY AND IN HIS CAPACITY AS PATROL DIVISION COMMANDER OF THE LAFAYETTE POLICE DEPARTMENT | MAGISTRATE JUDGE PATRICK J. HANNA |

*************************************************************************

**MOTION TO MEMORIALIZE AND EXTEND "STAND DOWN" ORDER, ALTERNATIVE MOTION FOR TEMPORARY RESTRAINING ORDER/ INJUNCTION, OR ALTERNATIVE MOTION FOR STATUS CONFERENCE**

NOW INTO COURT, through undersigned counsel, come Defendants, LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT ("LCG"), DEE EDWARD STANLEY, INDIVIDUALLY, JAMES P. "JIM" CRAFT, INDIVIDUALLY, AND GEORGE "JACKIE" ALFRED, INDIVIDUALLY, who, for protection of all litigants and attorneys, move for Court action. Although the parties and attorneys are naturally bound by rules of civility and decorum in

the court, recent actions by Plaintiff, Uletom Hewitt, against Defendants' counsel in another court have necessitated this request for relief. As detailed in the Memorandum filed herewith, Hewitt's actions and comments directly to an opposing attorney justify an order from this Court memorializing and extending its previous "stand down" order, orally issued at the status conference of September 5, 2012. Alternatively, Defendants move for a temporary restraining order and petition the Court for an order enjoining litigants from contacting opposing counsel.[1] Otherwise, Defendants move for a status conference in order to address recent events and status of the case.

      WHEREFORE, Defendants pray that their Motion be granted and that the Court's previous "stand down" order be memorialized and extended to prohibit contact between litigants and opposing counsel. Alternatively, Defendants pray that litigants be enjoined from contacting opposing counsel, physically or otherwise. Also in the alternative, Defendants pray that a status conference be set.

---

[1] Should the Court consider Defendants' Request for TRO/Injunction, rather than Defendants' Motion to Memorialize/Extend "Stand Down" Order, Defendants will supplement this Motion with the appropriate security bond and other requirements of F.R.C.P. Rule 65.

RESPECTFULLY SUBMITTED:

**BRINEY FORET CORRY, LLP**

BY: <u>s/ Michael P. Corry</u>
    MICHAEL P. CORRY – 20764
    PATRICK J. BRINEY – 03467
    HALLIE P. COREIL – 33784
    413 Travis Street
    Suite 200
    Post Office Box 51367
    Lafayette, Louisiana 70505-1367
    Telephone: (337) 237-4070
    Facsimile: (337) 233-8719
ATTORNEY FOR DEFENDANTS, LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT, DEE EDWARD STANLEY, INDIVIDUALLY, JAMES P. "JIM" CRAFT, INDIVIDUALLY, AND GEORGE "JACKIE" ALFRED, INDIVIDUALLY

## **CERTIFICATE**

This is to certify that on September 27, 2013, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following:

springlaw@gmail.com  jca@jcalaw.us

ralexander@deep-south.com  hanna_orders@lawd.uscourts.gov

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant or pro se defendant:

**None.**


s/Michael P. Corry
MICHAEL P. CORRY- 20764