UNITED STATES OF DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| KANE MARCEAUX, GREG CORMIER, SCOTT POIENCOT, NORBERT MYERS, GABE THOMPSON, NOVEY STELLY, ULETOM P. HEWITT, REGINA BRISCOE AND ALEETA M. HARDING | CIVIL ACTION NO: 6:12-cv-01532 |
| VERSUS | JUDGE RICHARD T. HAIK, SR. |
| LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT; LAFAYETTE POLICE DEPARTMENT THROUGH THE LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT; LESTER JOSEPH "JOEY" DUREL, JR. IN HIS CAPACITY AS PRESIDENT OF THE LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT; DEE EDWARD STANLEY, INDIVIDUALLY AND IN HIS CAPACITY AS CHIEF ADMINISTRATIVE OFFICER OF THE LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT; JAMES P. "JIM" CRAFT, INDIVIDUALLY AND IN HIS CAPACITY AS CHIEF OF THE LAFAYETTE POLICE DEPARTMENT; AND GEORGE "JACKIE" ALFRED, INDIVIDUALLY AND IN HIS CAPACITY AS PATROL DIVISION COMMANDER OF THE LAFAYETTE POLICE DEPARTMENT | MAGISTRATE JUDGE PATRICK J. HANNA |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MEMORANDUM IN SUPPORT OF MOTION TO MEMORIALIZE AND EXTEND "STAND DOWN" ORDER, ALTERNATIVE MOTION FOR TEMPORARY RESTRAINING ORDER/INJUNCTION, OR ALTERNATIVE MOTION FOR STATUS CONFERENCE**

Defendants present the Memorandum in support of the foregoing Motion as follows:

**I.    PERTINENT FACTS**

As the Court knows, proceedings in this case have been in a hiatus pending action by the United States Circuit Court for the Fifth Circuit; however, recent events before another court have necessitated that Defendants take action. Specifically, Plaintiff Uletom Hewitt has three

appeals pending before the Lafayette Municipal Fire and Police Civil Service Board. The Board, of its own accord and absent any Motion by Defendants herein or any other party, stayed Hewitt's appeals, as well as the appeals of other Plaintiffs in the instant litigation, pending resolution of this case. In response, Hewitt, through separate counsel, filed a *Petition for Mandamus or Alternatively Petition for Appeal* in the 15th Judicial District Court for the Parish of Lafayette, State of Louisiana (Docket No. 20133504D), which came for hearing before the Honorable Judge Edward Rubin on September 23, 2013. Judge Rubin denied Hewitt's request for relief, agreeing with the Board's decision to stay Plaintiffs' pending Civil Service appeals.

Although Defendants did not request the Board to stay pending appeals of any Plaintiff, Hewitt named LCG (in addition to the Board) as Defendant, thereby requiring LCG to appear in court. Beyond filing a general denial and making a general appearance at the hearing, LCG took no position relative to Hewitt's Petition in the 15th Judicial District proceedings. Nevertheless, immediately following the September 23, 2013 hearing, Hewitt approached undersigned counsel (Michael Corry), who also represented LCG in those proceedings, and threatened: "Let me tell you something you m_____ f_____…" as he placed his index finger on Corry's chest.  Although Hewitt was thereafter restrained, he attempted to come after Corry a second time and had to be restrained further.  Then, plaintiff, Stelly, walked with Corry to the elevator and said "I'm going to make sure he does not come this way".  Thereafter, Hewitt's attorney, C. Theodore Alpaugh, III, approached Corry at the elevator and apologized profusely for Hewitt's actions.  It has become apparent that a Court order is necessary to restrain further contact by any litigant against opposing counsel.

II.     **LAW, ARGUMENT, & REQUEST FOR RELIEF**

Following a status conference in open court on September 5, 2012, the Court ordered the parties to "stand down" until the scheduled hearing on Defendants' Motion for Protective Order. During that eight-day period, the parties were ordered "not to directly correspond with each

other's clients."[1] Based on the above-described events, Defendants urge the Court to formally memorialize its "stand down" order and extend that ruling to prevent litigants from contacting opposing counsel, physically or otherwise. Alternatively, Defendants request a temporary restraining order and injunction prohibiting litigants from contacting or physically touching any opposing counsel.[2] Defendants acknowledge that no court order in this regard should be necessary; however, as basic tenets of civility and decorum are apparently insufficient, Defendants urge the Court to consider Defendants' request for relief. At least the Court should conduct a status conference to further establish rules governing acceptable contact among litigants and attorneys as the case proceeds.

Defendants further acknowledge that the United States Circuit Court for the Fifth Circuit is currently reviewing the Court's Order vis-à-vis Plaintiffs' website; however, per 28 U.S.C. 1292(b), an application for appeal of an interlocutory order shall not stay proceedings before the District Court absent an order from the District Court or Court of Appeals. Defendants are not aware of any formal order staying these proceedings. As such, Defendants submit the Court can consider this Motion and render a decision as requested.

---

[1] Sealed Transcript of September 5, 2013 proceedings, page 17. See also page 24.
[2] Should the Court consider Defendants' Request for TRO/Injunction, rather than Defendants' Motion to Memorialize/Extend "Stand Down" Order, Defendants will supplement this Motion with the appropriate security bond and other requirements of F.R.C.P. Rule 65.

Respectfully submitted:

**BRINEY FORET CORRY, LLP**


BY: <u>s/ Michael P. Corry</u>
    MICHAEL P. CORRY – 20764
    PATRICK J. BRINEY – 03467
    HALLIE P. COREIL – 33784
    413 Travis Street
    Suite 200
    Post Office Box 51367
    Lafayette, Louisiana 70505-1367
    Telephone: (337) 237-4070
    Facsimile: (337) 233-8719
ATTORNEY FOR DEFENDANTS, LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT, DEE EDWARD STANLEY, INDIVIDUALLY, JAMES P. "JIM" CRAFT, INDIVIDUALLY, AND GEORGE "JACKIE" ALFRED, INDIVIDUALLY

## **CERTIFICATE**

This is to certify that on September 27, 2013, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following:

    springlaw@gmail.com          jca@jcalaw.us

    ralexander@deep-south.com      hanna_orders@lawd.uscourts.gov

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant or pro se defendant:

**None.**

                                     _s/Michael P. Corry_
                                   MICHAEL P. CORRY- 20764