U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED  LAFAYETTE

OCT - 4 2013

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

Date: 10/04/13

Reply To: JUDGE RICHARD T. HAIK

Subject: #12-cv-01532 - Kane Marceaux, et al vs. Lafayette City-Parish Consolidated Government, et al

To: All Counsel of Record

## MINUTE ENTRY

   The Pre-Trial Conference scheduled to commence on 11/12/13 is canceled. All other deadlines contained in the Scheduling Order shall remain the same.

   If a conference is deemed necessary, please contact the court and one will be scheduled upon request.

RTH/jb