UNITED STATES OF DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| KANE MARCEAUX, GREG CORMIER, SCOTT POIENCOT, NORBERT MYERS, GABE THOMPSON, NOVEY STELLY, ULETOM P. HEWITT, REGINA BRISCOE AND ALEETA M. HARDING | CIVIL ACTION NO: 6:12-cv-01532 |
| VERSUS | JUDGE RICHARD T. HAIK, SR. |
| LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT; LAFAYETTE POLICE DEPARTMENT THROUGH THE LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT; LESTER JOSEPH "JOEY" DUREL, JR. IN HIS CAPACITY AS PRESIDENT OF THE LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT; DEE EDWARD STANLEY, INDIVIDUALLY AND IN HIS CAPACITY AS CHIEF ADMINISTRATIVE OFFICER OF THE LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT; JAMES P. "JIM" CRAFT, INDIVIDUALLY AND IN HIS CAPACITY AS CHIEF OF THE LAFAYETTE POLICE DEPARTMENT; AND GEORGE "JACKIE" ALFRED, INDIVIDUALLY AND IN HIS CAPACITY AS PATROL DIVISION COMMANDER OF THE LAFAYETTE POLICE DEPARTMENT | MAGISTRATE JUDGE PATRICK J. HANNA |

**********************************************************************

### MOTION TO EXTEND DEADLINES

NOW INTO COURT, through undersigned counsel, come Defendants, LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT ("LCG"), DEE EDWARD STANLEY, INDIVIDUALLY, JAMES P. "JIM" CRAFT, INDIVIDUALLY, AND GEORGE "JACKIE" ALFRED, INDIVIDUALLY, who move for extension of the deadlines to complete discovery and to file anticipated Motions for Summary Judgments, which undersigned counsel estimate are currently set for April 8, 2014, upon representing to the Court as follows:

1.

This matter was originally set for trial on December 9, 2013, with attendant Scheduling Order issued by the Court.

2.

Following numerous pre-trial proceedings with which the Court is familiar, the case was re-scheduled for trial to commence on August 4, 2014.

3.

According to telephone conferences with the Honorable Judge Haik's minute clerk, the Clerk would not issue a second Scheduling Order for the August 4, 2014 trial date. Rather, undersigned counsel were to estimate the proposed deadlines based on this Court's original Scheduling Order for the December 9, 2013 trial date.

4.

Based on undersigned counsel's best estimate, the deadline for filing dispositive motions and for completing Phase I discovery would be April 8, 2014.

5.

Because some Plaintiffs have been uncooperative in scheduling and appearing for their depositions and dilatory in providing all discovery responses, Defendants will not have sufficient time to prepare anticipated Motions for Summary Judgment. In addition, Defendants anticipate filing six (6) separate Motions for each remaining Plaintiff, because each Plaintiff's claims are unique and generally unrelated to the others, such that each Motion will require substantial time to draft.

6.

Defendants seek to re-set and/or establish new deadlines for completion of Phase I discovery and filing their Motions for Summary Judgment. Assuming Plaintiffs cooperate moving forward, Defendants reasonably anticipate being able to file their Motions for Summary Judgment on or before May 30, 2014.

7.

Plaintiff has no objection to the request in this motion.

RESPECTFULLY SUBMITTED:

**BRINEY FORET CORRY, LLP**

BY: s/ Michael P. Corry
    MICHAEL P. CORRY – 20764
    PATRICK J. BRINEY – 03467
    HALLIE P. COREIL – 33784
    413 Travis Street, Suite 200
    Post Office Box 51367
    Lafayette, Louisiana 70505-1367
    Telephone: (337) 237-4070
    Facsimile: (337) 233-8719
ATTORNEY FOR DEFENDANTS, LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT, DEE EDWARD STANLEY, INDIVIDUALLY, JAMES P. "JIM" CRAFT, INDIVIDUALLY, AND GEORGE "JACKIE" ALFRED, INDIVIDUALLY

## **CERTIFICATE**

This is to certify that on April 2, 2014, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following:

springlaw@gmail.com            jca@jcalaw.us

ralexander@deep-south.com      hanna_orders@lawd.uscourts.gov

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant or pro se defendant:

**None.**

                                          s/Michael P. Corry
                                    MICHAEL P. CORRY- 20764