RECEIVED
APR 10 2014
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| KANE MARCEAUX | CIVIL ACTION 12-1532 |
| VERSUS | JUDGE HAIK |
| LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT, ET AL | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick Hanna for Report and Recommendation. After an independent review of the record, including the Objections and Reply to Objections, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own. As such, it is hereby **ORDERED**:

The defendant's request for attorney fees and expenses made a part of the Motion for Protective Order/Motion to Strike (Doc. #61) is **DENIED**.

Sanctions under 28 U.S.C. section 1927 are **DENIED**.

The Motion for Sanctions under Rule 11 (Doc. #13) is **GRANTED AS AMENDED HEREIN**. Specifically, Christopher Alexander and Stephen Spring, are hereby jointly fined in the amount of $2,500.00 to be made payable to the court and are hereby ordered to jointly reimburse the defendants $5,000.00. Further, Mr. Alexander and Mr. Spring are admonished against filing any future pleadings that violate any provision of Rule 11(b) and are hereby reprimanded for that contents of their original and amended complaint.

THUS DONE and SIGNED on this 9th day of April, 2014.

/s/ Richard T. Haik Sr.
RICHARD T. HAIK, SR., DISTRICT JUDGE
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA