UNITED STATES OF DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| KANE MARCEAUX, GREG CORMIER, SCOTT POIENCOT, NORBERT MYERS, GABE THOMPSON, NOVEY STELLY, ULETOM P. HEWITT, REGINA BRISCOE AND ALEETA M. HARDING | CIVIL ACTION NO: 6:12-cv-01532 |
| VERSUS | JUDGE RICHARD T. HAIK, SR. |
| LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT; LAFAYETTE POLICE DEPARTMENT THROUGH THE LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT; LESTER JOSEPH "JOEY" DUREL, JR. IN HIS CAPACITY AS PRESIDENT OF THE LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT; DEE EDWARD STANLEY, INDIVIDUALLY AND IN HIS CAPACITY AS CHIEF ADMINISTRATIVE OFFICER OF THE LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT; JAMES P. "JIM" CRAFT, INDIVIDUALLY AND IN HIS CAPACITY AS CHIEF OF THE LAFAYETTE POLICE DEPARTMENT; AND GEORGE "JACKIE" ALFRED, INDIVIDUALLY AND IN HIS CAPACITY AS PATROL DIVISION COMMANDER OF THE LAFAYETTE POLICE DEPARTMENT | MAGISTRATE JUDGE PATRICK J. HANNA |

*************************************************************************

## MOTION FOR SUMMARY JUDGMENT—SCOTT POIENCOT, GREG CORMIER, AND GABE THOMPSON

NOW INTO COURT, through undersigned counsel, come Defendants, LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT ("LCG"), DEE EDWARD STANLEY, INDIVIDUALLY("CAO Stanley"), JAMES P. "JIM" CRAFT, INDIVIDUALLY ("Chief Craft"), AND GEORGE "JACKIE" ALFRED, INDIVIDUALLY ("Major Alfred"), who move for summary judgment pursuant to F.R.C.P. Rule 56 on the grounds that there are no genuine issues of material fact and Defendants are entitled to judgment as a matter of law that Defendants

did not violate Plaintiffs, SCOTT POIENCOT, GREG CORMIER, OR GABE THOMPSON'S constitutional rights and that Defendants are entitled to qualified immunity.

WHEREFORE, Defendants pray that their Motion be granted and Scott Poiencot, Greg Cormier, and Gabe Thompson's claims against them be dismissed, with prejudice.

RESPECTFULLY SUBMITTED:

**BRINEY FORET CORRY, LLP**

BY: s/ Michael P. Corry_____
    MICHAEL P. CORRY – 20764
    PATRICK J. BRINEY – 03467
    HALLIE P. COREIL – 33784
    413 Travis Street
    Suite 200
    Post Office Box 51367
    Lafayette, Louisiana 70505-1367
    Telephone:  (337) 237-4070
    Facsimile:  (337) 233-8719
ATTORNEY FOR DEFENDANTS, LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT, DEE EDWARD STANLEY, INDIVIDUALLY, JAMES P. "JIM" CRAFT, INDIVIDUALLY, AND GEORGE "JACKIE" ALFRED, INDIVIDUALLY

## CERTIFICATE

This is to certify that on May 30, 2014, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following:

springlaw@gmail.com            jca@jcalaw.us

ralexander@deep-south.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant or pro se defendant:

**None.**

                                         s/Michael P. Corry
                                         MICHAEL P. CORRY- 20764