## LAFAYETTE POLICE DEPARTMENT

*GENERAL ORDERS*

| DATE ISSUED: 01 Nov 02 | EFFECTIVE DATE: 07 May 08 | REVISION NO: 3 | PROCEDURE NO: GO-101.1 | PAGE 1 | OF PAGES 1 |
|---|---|---|---|---|---|
| ISSUED BY: JIM CRAFT, CHIEF OF POLICE | | | REVISION DATE: 06 May 08 | | |
| CALEA COMPLIANT | | | | | |
| SUBJECT: REVISION OF CURRENT GENERAL ORDERS AND WRITTEN DIRECTIVES | | | | | |

**PURPOSE**

This Order establishes guidelines for the revisions of prior rules, regulations, General Orders, Standard Operating Procedures, Memoranda and relevant Written Directives as established by prior Chiefs of Police.

**REVISIONS**

All General Orders, Standard Operating Procedures, Memoranda and Written Directives issued by previous Lafayette Police Department Chiefs of Police shall remain in effect until such time that revisions are deemed advantageous and/or necessary to accomplish the goals and objectives of the Department.

**OBSERVANCE REGARDING RULES OF CONDUCT**

Employees shall be governed by the following general rules of conduct. Violations, inclusive of rules of conduct by any employee of the Department, shall be considered sufficient cause to initiate progressive discipline inclusive of dismissal, demotion, suspension, or other disciplinary action.

**APPLICABILITY OF RULES**

A. Any Civil Service Law, City Ordinance, State Law, or Federal Law which is in conflict with any part of a Written Directive by this Department will automatically supersede that section of the Department's Written Directives.

JIM CRAFT
CHIEF OF POLICE