# LAFAYETTE POLICE DEPARTMENT

*GENERAL ORDERS*

| DATE ISSUED: 22 Feb 08 | EFFECTIVE DATE: 07 May 08 | REVISION NO: 2 | PROCEDURE NO: GO-301.10 | PAGE OF PAGES 1    2 |
|---|---|---|---|---|
| ISSUED BY:    **JIM CRAFT,**    CHIEF OF POLICE | | | REVISION DATE: **22 Feb 08** | |
| CALEA COMPLIANT    **32.2.4  32.2.5  32.2.6  42.2.6  52.2.6e** | | | | |
| SUBJECT: **POLYGRAPH EXAMINATION/COMPUTERIZED VOICE STRESS ANALYSIS (C.V.S.A.)** | | | | |

## PURPOSE

This Order sets forth the guidelines for polygraph and C.V.S.A. examinations administered by the Lafayette Police Department.

## POLICY

It shall be the policy of the Lafayette Police Department that polygraph and C.V.S.A. examinations be utilized as a supplement to, not a replacement of, traditional investigative techniques. Polygraph and C.V.S.A. examination results shall not be used as the sole determining factor in any investigation – either administrative, criminal, or for pre-employment purposes. **Under no circumstances shall any departmental employee who is not legally trained to do so, perform any such examination. All polygraph and C.V.S.A. examinations shall be conducted in accordance to the operator's training, certification and licensing laws set forth by the State of Louisiana. Both polygraph and C.V.S.A. examinations shall only be conducted within the scope of the examiner's employment with the Lafayette Police Department. Private testing is strictly prohibited. It is the responsibility of the individual polygraph and C.V.S.A. examiner to maintain their respective case files and their required certification and/or continued education. (CALEA – 32.2.5, 32.2.6, 42.2.6)**

## USES OF POLYGRAPH AND C.V.S.A.

A. Pre-Employment Examinations:  Prior to employment, all employees will be given a polygraph or C.V.S.A. examination as part of the pre-employment background investigation.  Applicants will be supplied with a pre-employment examination questionnaire booklet that covers the specific areas in which test questions are derived. **(CALEA – 32.2.4)**

B. Specific Issue Examinations:  The polygraph or C.V.S.A. may be utilized as part of the investigation process to examine witnesses, victims and suspects of an offense under investigation by this agency.

C. Administrative Investigations:  Utilization of the polygraph or C.V.S.A. for administrative investigations will be determined by the Chief of Police.  Employees shall submit to said examination as per General Order 301.9. **(CALEA – 52.2.6e)**

D. Examination Assistance to Other Law Enforcement Agencies/L.C.G. Departments:

   1. Polygraph and/or C.V.S.A. examinations may be conducted for other Lafayette City-Parish Consolidated Government departments when authorized by the Chief of Police.

   2. Polygraph and/or C.V.S.A. examinations may be conducted for other law enforcement agencies when authorized by the Chief of Police. A fee may be charged for each examination.

**Appendix VI**

JIM CRAFT
CHIEF OF POLICE