LAFAYETTE CONSOLIDATED GOVERNMENT

| NUMBER<br>    2161-2 | EFFECTIVE DATE<br>    NOVEMBER 1, 2011 | REVISED DATE |
|---|---|---|
| TITLE<br>    CONDITIONS OF EMPLOYMENT | | PAGE    1    OF    6 |
| OFFICE PRIMARY RESPONSIBILITY<br><br>HUMAN RESOURCES | SUPERSEDES<br><br>PPM 2161-2 DATED AUGUST 28, 2009 | |

## Policy

Certain rules and standards are necessary for the good order of the daily work routine and the well being of the work force.  Listed below as a guideline (but not as an all-inclusive list) are rules and standards that have been established for Lafayette Consolidated Government (LCG) employees.

Acceptance or continuation of employment with the LCG constitutes an agreement by you as an employee to abide by these rules and standards; to comply with all other directives, orders and instructions issued by proper authority; and to otherwise conduct yourself in accordance with generally-accepted standards of good citizenship and good employment practices.

1.    **Requirements**

1.1    To read (or have read to you) and acknowledge understanding of this PPM within two weeks of employment.

1.2    To read (or have read to you) and acknowledge understanding of all PPMs pertaining to your area of responsibility within two months of employment.

1.3    Daily attendance, unless excused in advance or completely beyond your control.

1.4    Attendance at scheduled training/safety/briefing sessions.

1.5    To inform your supervisor of any unscheduled absence, before the start of your work day or as soon as possible thereafter.

1.6    To be at your assigned work place and ready for work at the designated starting time.

1.7    To punch your own time card (if so provided) at the designated place before starting and after stopping work.

1.8    To remain at your assigned work area or location during work hours, unless excused by your supervisor.

1.9    To work overtime when notified by at least the Division Head or designee.

1.10    To produce a doctor's certificate for all absences caused by sickness or injury in excess of three shifts, or less, if directed by your supervisor.

1.11    To undergo an examination to determine your physical or mental fitness to perform the duties of your position upon employment, appointment to a more strenuous position or when your appearance or actions suggest that you may be incapable of satisfactorily performing your duties or responsibilities.

**Appendix  VIII**

1.12    To undergo an examination and/or blood test if you are suspected of being under the influence of alcohol or drugs and incapable of satisfactorily performing your duties or responsibilities.

1.13    To maintain the mental and physical ability to perform the duties and responsibilities of your position.

1.14    To park private automobiles only in the areas designated or assigned for employee use.

1.15    To open and allow inspection of any packages, containers or vehicles when entering, standing, or leaving LCG property upon request of proper authority.

1.16    To observe safety rules and properly wear any safety equipment required for the safe operation of any tool, equipment, machinery, or vehicle (including safety belts if so equipped).

1.17    To wear, carry, and/or properly display any issued item of identification such as uniforms or other distinctive clothing or headgear, identification cards, or badges.

1.18    To follow instructions of your supervisor and perform tasks as directed.  If you consider an order improper or unjust, perform the task and request permission to bring the matter to your supervisor's superior, unless the task would clearly jeopardize your health and safety, or violate policy.  In such a case, talk it over with your supervisor immediately.  If the task is clearly unsafe or overly dangerous, you have the right to demand that your supervisor contact the Safety Officer for an on-site consultation.  Failure to obey instructions is a serious offense; therefore, you may be asked to state your reasons in writing.

1.19    To report immediately to supervision any accident or personal injury, whether to yourself or a co-worker.

1.20    To cooperate and assist in any work-related administrative investigation and to answer any related questions completely and truthfully.

1.21    To safeguard, maintain, and return upon separation or demand, all items of issue, such as tools, equipment, uniforms, safety gear, etc.

1.22    To promptly reimburse the LCG upon demand for any amount of money due as a result of your loss or misplacement of items of issue; for overpayment of salary; for payment of any benefit for which you were not entitled; or for any other legitimate debt.

1.23    To obtain any job-required license or certificate within the specified time frame.

1.24    To inform your supervisor immediately if your job-required license or certificate is suspended, revoked or expired.

1.25    To enroll in the LCG's Group Insurance Plan, if eligible under the terms of the Master Insurance Policy.

1.26    To enroll in the public retirement plan applicable to your employment.

1.27  Designated LUS positions are subject to criminal background checks every seven (7) years or for probable cause in accordance with the Federal Energy Regulatory Commission (FERC) Critical Infrastructure Protection (CIP) Reliability Standard.

(The following sub-sections 1.28 through 1.37 pertain to supervisors)

1.28  To satisfactorily carry out assigned supervisory duties or responsibilities.

1.29  To give clear, understandable instructions and necessary training to enable subordinates to perform assigned tasks.

1.30  To ensure that subordinates are aware of the contents of this PPM and other directives or requirements pertinent to their employment.

1.31  To schedule appointments with superiors or the Human Resources Section for the purpose of arbitrating unresolved worker/supervisor grievances.

1.32  To keep daily attendance records and to interview each employee returning from an absence that was not authorized in advance to determine if absence should be authorized or unauthorized and with or without pay.

1.33  To take necessary action to discourage sick leave abuse and unnecessary absences whether with or without pay.

1.34  To ensure that your orders to subordinates do not jeopardize their health or safety and are not in conflict with policy.

1.35  To call the Safety Officer to the work site for consultation on hazardous work conditions or safety-related conflicts with subordinates.

1.36  To be considerate of the morale and well being of your subordinates during all phases of the work operation.

1.37  To encourage and promote safety in the workplace by example, training, and enforcement.

2.  **Prohibitions**

2.1  Reporting for or being on duty while under the influence of alcohol or drugs.

2.2  Possession, use or presence in the body while on LCG property or job site, of illegal or non-prescribed, controlled drugs, whether on person or in locker, storage area or vehicle, or the carrying or transporting of such items on to LCG property or job site.

2.3  Fighting on LCG property or at any work site.

2.4  Abusive, obscene, profane or threatening language or actions directed toward your immediate supervisor, other members of management, fellow employees or the public.

2.5    Possession of firearms, explosives or other dangerous weapons on LCG property, unless specifically authorized.

2.6    Stealing any item of value, whether the property of the LCG, an employee, or the public.

2.7    Unauthorized removal or use of any official correspondence, record, computer file, e-mail or report from any LCG building, office or file.

2.8    Willful destruction or damage of LCG property including writing on or otherwise defacing walls, floors, etc.

2.9    Insubordination resulting from refusing or failing to comply with a lawful directive given by a supervisor or superior.  Depending upon the facts and circumstances of the insubordination, the actions of the employee may be deemed to be so extreme, outrageous, and unacceptable so as to constitute "gross insubordination" and a major offense as defined under Section 3.2 of this PPM.

2.10   Punching another employee's time card or requesting or permitting another employee to punch your time card.

2.11   Unauthorized use of LCG vehicles, equipment, materials and supplies.

2.12   Excessive use of telephones, including cellular phones, for personal calls and making of unauthorized long distance calls.

2.13   Discrimination in matters relating to employment as prohibited by applicable Federal and State law.

2.14   Deliberate falsification of any form, record or report.

2.15   Use of position with the LCG to obtain preferential treatment or gain unfair advantage in personal dealings with co-workers or with the public.

2.16   Solicitations of any type other than office collections for sick or deceased employees, births, etc., or distribution of literature or handbills, on LCG property.

2.17   Conducting personal business during duty hours.

2.18   Unreasonably disrupting the work routine of any other on-duty employee of the LCG.

2.19   Sleeping, loitering, loafing, visiting, wasting time or inattention to work while on duty.

2.20   Horseplay, practical jokes or other actions that disrupt the work place or could result in injury or damage.

2.21   The posting of notices on public bulletin boards that are unauthorized and/or are not reasonably related to the business of the LCG and/or the defacing, unauthorized removal, or unauthorized alteration of any posted public notice.

2.22    Unauthorized possession or use of reading material, radios or television sets in the work area.

2.23    Participation in political campaigns by members of the classified service as prohibited by Civil Service rules.

2.24    Failure to comply with applicable Civil Service rules and LCG policies and procedures.

2.25    Harassment of employees and/or other persons during working hours and/or in the work place, including, but not limited to, sexual harassment.

2.26    Unauthorized use of computer equipment owned by the LCG, including, but not limited to, playing computer games and using such computers for personal business.

2.27    Unauthorized use of computer equipment owned by the LCG for the purposes of browsing the Internet for sites that are not reasonably related to the business of the LCG, including, but not limited to, use of LCG computers to view pornographic Internet sites, unauthorized downloading of programs, pictures, files and/or data from the Internet, and use of LCG computers to access the Internet for personal business and/or other personal reasons.

2.28    Conduct deemed unbecoming of an employee of the LCG in dealing with fellow employees, supervisors and superiors, and/or members of the public.

3.    **Classification of Offenses**

3.1    **Minor offenses** are those violations of rules that are unacceptable if repeated but that normally will not result in discharge for the first offense.

3.2    **Major offenses** are those willful or deliberate violations that exceed those considered correctable by progressive, corrective disciplinary action and which may result in immediate discharge without consideration of employment history or past performance.  Major offenses include the following:

   a.    Fighting (Section 2.3 of this PPM).

   b.    Stealing (Section 2.6 of this PPM).

   c.    Possession of controlled drugs, firearms, explosive and/or other dangerous weapons (Section 2.2 and 2.5 of this PPM).

   d.    Gross insubordination, consisting of a repeated refusal or failure to comply with a lawful directive given by a supervisor or superior after having been warned of the potential consequences of such actions (Section 1.18, 2.4 and 2.9 of this PPM).

4.    **Penalties**

4.1    Failure to comply with the provisions of this policy or other rules or Civil Service rules shall be grounds for progressive, corrective disciplinary action including but not limited to reprimand, pay reduction, suspension, demotion, or termination.

4.2   The level of discipline assessed for minor offenses shall be based on the facts of the case, any extenuating circumstances and the prior employment history of the employee involved.

5.   **Payments of Amount Due**

5.1   All monies due under the provisions of this PPM or other rules are payable at, or before, termination of employment.

5.2   The LCG may pursue all legal avenues to effect reimbursement, including voluntary or involuntary payroll deductions, disconnection of utility service or court action.

\* 6.   **Direct Deposit**

All employees shall be paid via Direct Deposit unless exempted by the Chief Administrative Officer.  Please refer to PPM 2161-17 for detailed information.

Approved by: *Dee s Stanley, CAO 12/7/2011*