UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

KANE MARCEAUX, ET AL.                    CIVIL ACTION NO: 6:12-cv-01532

VERSUS                                    JUDGE RICHARD T. HAIK, SR.

LAFAYETTE CITY-PARISH CONSOLIDATED
GOVERNMENT, ET AL                         MAGISTRATE JUDGE PATRICK J. HANNA
*****************************************************************************

### AFFIDAVIT OF GEORGE "JACKIE" ALFRED
### POIENCOT, CORMIER, THOMPSON MOTION FOR SUMMARY JUDGMENT

STATE OF LOUISIANA

PARISH OF LAFAYETTE

    **BEFORE ME**, Notary Public, personally came and appeared:

GEORGE "JACKIE" ALFRED

who, after being first duly sworn, did depose and say, based on his own personal knowledge, that:

1.

    I am a Defendant in the above-captioned matter and am competent to testify as to the allegations asserted by Plaintiffs.

2.

    I am a retired employee of the Lafayette Police Department. At all times relevant to these proceedings, I was a Major in the Criminal Investigations Division (C.I.D.).

3.

    I did **not** receive notice of Plaintiffs' Petition for Temporary Restraining Order and Injunction filed in the Fifteenth Judicial District, Lafayette, Louisiana (Docket No. 2012-2889) on May 22, 2012.


EXHIBIT J

4.

On May 29, 2012, I learned that Plaintiff, Scott Poiencot, had been secretly recording his fellow and superior officers since 2006. On that date, I also learned that Gabe Thompson had secretly recorded his conversation with me on or about April 19, 2012. I did not consent to be secretly recorded or that the recording be released to the media. Shortly thereafter, I learned that several other Plaintiffs routinely surreptitiously recorded and/or video-taped their interactions with fellow and superior officers. I was disheartened by this information, because the trust which is necessary to proper law enforcement functioning was irreparably compromised.

5.

On or about May 8, 2012, I learned that someone with access to a confidential shift-level investigative file leaked a confidential document to attorney, Olita Magee. Ms. Magee attached a copy of the confidential document to a brief filed with the Lafayette Municipal Fire & Police Civil Service Board.

6.

On or about May 11, 2012, I, as Chief Craft's designee in his absence (per G.O. 301.9), ordered an investigation into the source of the leaked document. Then Lieutenant Dwayne Prejean was assigned to complete the investigation.

_____
GEORGE "JACKIE" ALFRED

SWORN TO AND SUBSCRIBED before me this ____ day of _May_, 2014.

_____
NOTARY PUBLIC

PRINT NAME: Michael P. Corry   Notary #: 20764

MICHAEL P. CORRY, SR.
NOTARY PUBLIC #20764
STATE OF LOUISIANA
MY COMMISSION IS FOR LIFE