Scott Poiencot

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| KANE MARCEAUX, GREG CORMIER, SCOTT POIENCOT, NORBERT MYERS, GABE THOMPSON, NOVEY STELLY, ULETOM P. HEWITT, REGINA BRISCOE AND ALEETA M. HARDING | CIVIL ACTION NO: 6:12-cv-01532 |
| VERSUS | JUDGE RICHARD T. HAIK, SR. |
| LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT; LAFAYETTE POLICE DEPARTMENT THROUGH THE LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT; LESTER JOSEPH "JOEY" DUREL, JR. IN HIS CAPACITY AS PRESIDENT OF THE LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT; DEE EDWARD STANLEY, INDIVIDUALLY AND IN HIS CAPACITY AS CHIEF ADMINISTRATIVE OFFICER OF THE LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT; JAMES P. "JIM" CRAFT, INDIVIDUALLY AND IN HIS CAPACITY AS CHIEF OF THE LAFAYETTE POLICE DEPARTMENT; AND GEORGE "JACKIE" ALFRED, INDIVIDUALLY AND IN HIS CAPACITY AS PATROL DIVISION COMMANDER OF THE LAFAYETTE POLICE DEPARTMENT | MAGISTRATE JUDGE PATRICK J. HANNA |

*************************************************************************

## "CRAFT'S RESPONSE TO GREENBRIAR RD..WAV"

Jim:       Ok so I'm gonna coordinate that with Brad. Ok and uh we had talked about that money this morning in Command Stat. Is that the same money we gonna buy fixed radios with?

Norbert:   Yeah, is that what you want us to get.

Jim:       Well, what about the crime scene cameras?

Norbert:   Um I still haven't heard from them and that was sent to Jamie I guess about six thousand and change. I can follow up on that today. So, my thing is you want iPhones I'll get with Brad on that. I'll check on the uh crime scene cameras and the remaining funds of that thirty-two thousand seven hundred eighty four dollars will be for fixed radios to go in marked vehicles.

(38 seconds) & (7 minutes 52 seconds) & (15 minutes 7 seconds) & (22 minutes 20 seconds)



Scott Poiencot

| | |
|---|---|
| Jim: | Correct. (coughing) Mr. Balfour called me last night. He relayed some information to me regarding Officer Poiencot and his attitude towards his investigation. Wasn't good. Um, he basically um told um Mr. Balfour that uh Dwayne says well I talked to the Chief and the Chief said they were going to send a resource officer are you the resource officer? He said, I'm not a resource officer, I'm a police officer. That's my job. So, he kind of came off pretty negative at the beginning of the conversation. Later on in the conversation, Dwayne said, he makes a remark about uh I think Scott told him he was thirty eight years old or he had been doing his job for twelve years when Dwayne said man I didn't think you know you were that old, you don't look that old and he tells him uh listen flattery's not going to get you anywhere with me so, you know, don't worry about the compliment. Scott came off pretty negative. He called me and said, man, I thought you were going to send me somebody to help me, not somebody to you know insult me and insult you and everything else. So, if Scott didn't want to be a resource officer, assign him to a shift Norbert and pick you somebody else. |
| Norbert: | Alright. |
| Craft: | Uh you know, from your shift, but we need a resource officer. It doesn't have to be Scott who works (inaudible), but I was under the impression we were going to go try and help this guy track down the lawn guy and everything else and the first time when I sent you the thing and I said where are we on this? You said well they gonna call him when the guy comes back in the neighborhood. And I said, let's not wait for that. Let's go track the guy down. So, I'm assuming that's what y'all trying to do now. |
| Male: | Well, we tried uh the name that was given to us, supposed to be out of Arnaudville and we can't find anything on him. |
| Jim: | Ok. |
| Male: | Well and it might not be might not be the correct name. |
| Jim: | Yeah. Well, here's the other thing too. I don't know if you have a violation here. |
| Male: | Well uh… |
| Jim: | It could be something much you know so what if the, the guy's chatty, and he's chatty with the women in the neighborhood and he doesn't you know he apparently does some things that ticks off some of the neighbors. Dwayne come in last night, he said, look, since those three names I have on my letter, seven more people have come forward. So, we need to follow up with them. But ok, what, what is he doing? |
| Norbert: | (unclear) in the neighborhood and they told him they didn't have a problem with that. |
| Jim: | Yeah, I know (unclear – talking at same time) |

(3 minutes 14 secs) & (10 minutes 27 secs) & (17 minutes 42 secs) & (24 minutes 54 secs)

Scott Poiencot

| | |
|---|---|
| Norbert: | (unclear) So you got Mr. Balfour saying one thing but he did go and do a canvas and found, you know, him walking and we didn't have a problem with that. (laughs) |
| Male: | Scott wants to catch the guy out there. And what he wants to tell him is look here's the problem we have, here's the complaints we getting, you need to straighten it out. |

(ENDS HERE AFTER FOURTH REPETITION)

| | |
|---|---|
| Jim: | Yeah. |
| Male: | Well . . . |
| Jim: | And look, I grew up, this guy was my next door neighbor, now when I was little. He used to beat the crap out of me all the time. Uh he and his brothers, but uh that was kids, you know. (laughing) But he's still entitled to get our services and I don't care about Scott's personal feelings about me and I can't be concerned with all of that, we just got a job to do. And so, that's part of what the resource officers do. So if he made those comments about I'm not a resource officer, I'm just a police officer, I'm not a resource officer. You know no that's when we send resource officers to handle those kind of things so we don't have to use the shift officers to tie 'em up with that. So, if we need to find somebody else to handle it, y'all can find somebody else to handle it. You know, I can't help ya'll. So, and then I expect a report back. I want to be kept up to date on that. And a reply. Uh Norbert, uh I do want to tell you this. You get a reply to my email and you get um, you know, update me on the things that I want to be kept updated. |
| Norbert: | Ok. Anything else. |
| Jim: | Nah that's good I just wanted go over that with y'all and um maybe, if the guy's having problems with Scott, maybe we'll need to get somebody else. |
| Norbert: | I'll think about it. |
| Jim: | And look, years ago, I dealt with this guy, this lawn guy, about two years ago he called me about it. But after he described everything I said you don't have a violation. You got a guy that you had run-ins with that you don't like. It doesn't mean he's violating any laws. And apparently, some of the people in legal that like, that continue to use his lawn services. So, it's kind of a sticky situation, but he called me last night while I was at the council meeting and we were trying to do the Milazzo uh case and I couldn't talk to him then, so I called him back when I got home. It was kind of late. And I let him vent. He vented for about fifteen twenty minutes and then, I thought you know you were sending somebody to help me and all that kind of stuff. And uh you know, he said, that guy don't like you. He talked (unclear) kicking the dirt. Not worried about that. (unclear) provide a service to you. He said, no, he told me he's not a resource officer and uh he I said I guess I insulted the guy by mentioning that I talked to you and that you were sending a resource officer. I said I don't know why he would be offended by that. |

(6 minutes 11 seconds) & (13 minutes 24 sec) & (20 minutes 39 seconds)

Scott Poiencot

| | |
|---|---|
| | We've got resource officers. That's what we call them. There's nothing wrong with that title, unless Scott wants to do a different job. I know he had an interest in Metro Narcotics, going back to Metro Narcotics. So, but uh we gotta get right with this guy so he'll stop calling. |
| Norbert: | Yeah. We'll take care of it. |
| Jim: | Ok, good. Appreciate it. Ok and look to the both of y'all. I meant what I said in there about being professional, courteous, and civil to each other. You know it's like I say I don't believe in the course action but that's y'all's right. So, it's not going to affect or influence what we do in our operation so I just want y'all to know that. |
| Norbert: | Ok. |
| Jim: | All right. |
| Norbert: | Thank you sir. |
| Jim: | Thank you. |
| Norbert: | All right, uh. |
| Male: | Anything else, Chief. |
| Jim: | No, that's it. |
| Male: | Ok, so, I'm gonna coordinate that with Brad. |
| Norbert: | Ok. |

(7 minutes 18 seconds) & (14 minutes 31 seconds) & (21 minutes 45 seconds)

*(remaining tape is a repeat from the beginning, repeats 4 times)*