UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **KANE MARCEAUX, ET AL** | **CIVIL ACTION NO.  6:12CV1532** |
| **VERSUS** | **JUDGE HAIK** |
| **LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT, ET AL** | **MAGISTRATE JUDGE HANNA** |

## NOTICE OF MOTIONS SETTING WITH ORAL ARGUMENT

Please take notice that the Motions for Summary Judgment (Document Nos. 141, 142, 143 & 144) filed by George Jackie Alfred, James P Craft, Lafayette City-Parish Consolidated Government and Dee Edward Stanley on May 30, 2014 will be considered by Judge Richard T. Haik, Sr. at the next regular motion date which is July 17, 2014.  Unless you are notified to the contrary, **oral argument will be heard** commencing at 9:30 a.m. in Courtroom One of the United States Courthouse, 800 Lafayette Street, Lafayette, Louisiana.

### Deadlines

Any responses to said motions are due within **twenty-one (21) days** after service of the motion. (See LR 7.5).  No reply briefs may be filed without leave of court.  A motion for leave of court to file a reply must be filed within seven (7) days after the memorandum in opposition is filed.  OPPOSITION TO THE MOTION MUST BE FILED TIMELY OR THE MOTION WILL BE CONSIDERED UNOPPOSED.

### Courtesy Copies Required

A courtesy copy of the briefs and any attachments must be provided to chambers promptly after filing to the following address:

Hon. Richard T. Haik, Sr.
United States District Judge
800 Lafayette St., Suite 4200
Lafayette, Louisiana 70501

**DATE OF NOTICE: June 2, 2014.**

TONY R. MOORE
CLERK OF COURT