```
                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF LOUISIANA
                               LAFAYETTE DIVISION


PRESENT:  HON. RICHARD T. HAIK,SR., JUDGE, Presiding        Date: July 17,2014
          Mary Thompson     , Court Reporter
          Paula S. Jordan   , Minute Clerk

COURT OPENED: 10:23 A.M.      COURT ADJOURNED: 11:26 A.M.    Total Time: 1/03
_____
                                MINUTES OF COURT
_____

CASE NO. 12cv1532              JUDGE: Haik              MAGISTRATE JUDGE Hanna

                  Marceaux et al   v. Lafayette City-Parish Consolidated Government, et al
                               APPEARANCES
      Richard R. Alexander & John C. Alexander FOR   Kane Marceaux et al
            Michael Corry & Hallie Coreil FOR   Lafayette City-Parish Consolidated Gov.
                                          FOR
                                          FOR
                                          FOR

_____
CASE CALLED FOR                             FILINGS:
__X_ Hearing on motion
____ Jury selection only
____ Trial with/without jury     day
____ Other

_____
VERDICT, RULING, COMMENTS:
```

This case came on for hearing on Motion for Summary Judgment[141] re Kane Marceaux, Motion for Summary Judgment[142] re Scott Poiencot, Greg Cormier and Gabe Thompson, Motion for Summary Judgment[143] re Uletom Hewitt, and Motion for Summary Judgment[144] re Nolvey Stelly, filed by defendants.

The motions were argued and IT IS ORDERED that the motions are hereby GRANTED.

IT IS FURTHER ORDERED the parties prepare an order for the Court to sign.