U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED   LAFAYETTE

AUG 08 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES OF DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

KANE MARCEAUX, GREG CORMIER,     CIVIL ACTION NO: 6:12-cv-01532
SCOTT POIENCOT, NORBERT MYERS,
GABE THOMPSON, NOVEY STELLY,
ULETOM P. HEWITT, REGINA BRISCOE
AND ALEETA M. HARDING

VERSUS                                                JUDGE RICHARD T. HAIK, SR.

LAFAYETTE CITY-PARISH CONSOLIDATED
GOVERNMENT; LAFAYETTE POLICE
DEPARTMENT THROUGH THE LAFAYETTE
CITY-PARISH CONSOLIDATED
GOVERNMENT; LESTER JOSEPH "JOEY"
DUREL, JR. IN HIS CAPACITY AS PRESIDENT
OF THE LAFAYETTE CITY-PARISH
CONSOLIDATED GOVERNMENT; DEE
EDWARD STANLEY, INDIVIDUALLY AND IN
HIS CAPACITY AS CHIEF ADMINISTRATIVE
OFFICER OF THE LAFAYETTE CITY-PARISH
CONSOLIDATED GOVERNMENT; JAMES P.
"JIM" CRAFT, INDIVIDUALLY AND IN HIS
CAPACITY AS CHIEF OF THE LAFAYETTE
POLICE DEPARTMENT; AND GEORGE
"JACKIE" ALFRED, INDIVIDUALLY AND IN
HIS CAPACITY AS PATROL DIVISION
COMMANDER OF THE LAFAYETTE
POLICE DEPARTMENT                    MAGISTRATE JUDGE PATRICK J. HANNA
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JUDGMENT

     This matter came before the Court for hearing on July 17, 2014 on the following four Motions for Summary Judgment filed on behalf of Defendants, LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT, DEE EDWARD STANLEY, INDIVIDUALLY, JAMES P. "JIM" CRAFT, INDIVIDUALLY, AND GEORGE "JACKIE" ALFRED, INDIVIDUALLY:

    I.     Motion for Summary Judgment—Kane Marceaux (Doc. 141);
    II.    Motion for Summary Judgment—Scott Poiencot, Greg Cormier, and Gabe Thompson (Doc. 142);
    III.   Motion for Summary Judgment—Uletom Hewitt (Doc. 143); and

    IV.    Motion for Summary Judgment—Nolvey Stelly (Doc. 144).

Present before the Court were:

For Defendants/Movers, Lafayette City-Parish Consolidated Government, Dee Edward Stanley, Individually, James P. "Jim" Craft, Individually, and George "Jackie" Alfred, Individually:

    Michael P. Corry; and
    Hallie P. Coreil
    Of Briney, Foret, Corry, L.L.P.

For Plaintiffs/Respondents, Kane Marceaux, Scott Poiencot, Greg Cormier, Gabe Thompson, Uletom Hewitt, and Nolvey Stelly:

    R. Royal Alexander;
    J. Christopher Alexander, Jr.; and
    S. Stephen Spring, II.

Considering the memorandums in support, exhibits, oral arguments, and for the reasons orally assigned at the hearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendants four separate Motions for Summary Judgment (Doc. 141 – 144) be and are hereby GRANTED. Each and every claim of Kane Marceaux, Scott Poiencot, Greg Cormier, Gabe Thompson, Uletom Hewitt, and Nolvey Stelly be and is hereby dismissed as to all Defendants, with prejudice, at Plaintiffs' costs.

Lafayette, Louisiana, this 8th day of August, 2014.

_____
THE HONORABLE JUDGE RICHARD HAIK