UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **KANE MARCEAUX, *ET AL.*** <br> *Plaintiffs* <br><br> **V.** <br><br> **LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT, *ET AL.*** <br> *Defendants* | **CIVIL NO.: 6:12-CV-01532 RTH-PJH** |

NOTICE OF APPEAL

NOW INTO COURT, through undersigned counsel, come the Plaintiffs herein, **Kane Marceaux**, **Greg Cormier**, **Scott Poiencot**, **Gabriel Thompson**, **Norbert Myers**, **Nolvey Stelly**, **Uletom P. Hewitt**, **Regina Briscoe**, **Aleeta M. Harding**, **Gus Sanchez**, **Robert Polanco**, **Kencil D. Joseph**, **Donald Ceaser**, **Paul Taylor, Jr.**, and **Rachel Roberts**, who file this Notice of Appeal and who, with respect to same, do hereby allege, aver, depose, attest, state, and claim as follows:

NOTICE IS HEREBY GIVEN that **Kane Marceaux**, **Greg Cormier**, **Scott Poiencot**, **Gabriel Thompson**, **Norbert Myers**, **Nolvey Stelly**, **Uletom P. Hewitt**, **Regina Briscoe**, **Aleeta M. Harding**, **Gus Sanchez**, **Robert Polanco**, **Kencil D. Joseph**, **Donald Ceaser**, **Paul Taylor, Jr.**, and **Rachel Roberts**, Plaintiffs in the above-named matter and cause, hereby appeal to the United States Fifth Circuit Court of Appeals from the final judgment [Rec. Doc. 166] rendered by this Honorable Court and entered on August 8, 2014, whereby Defendants' Motions for Summary Judgment [Rec. Docs. 141-144] were granted, dismissing the rest, balance, and remainder of the Plaintiffs' then-remaining claims with prejudice.

PLAINTIFFS ALSO APPEAL the District Court's dismissal of any/all of Plaintiffs' previously-disposed claims, including, *inter alia*, the claims of those Plaintiffs dismissed from

this litigation prior to rendition of the said Judgment on Defendants' most recent Motions for Summary Judgment, which claims specifically include *but are not limited to* the claims of any/all party Plaintiffs whose dismissal from this litigation was made subject of a prior Notice of Appeal which was ultimately deemed premature.

PLAINTIFFS FINALLY APPEAL each and every imposition of monetary sanctions and/or attorney fees as entered herein by the Honorable District Court, whether against the litigants, their counsel, or both, including, without limitation, all such sanctions as were assessed by and through Rec. Doc. 138, as entered April 19, 2014, adopting the sanctions set forth in Rec. Doc. 130, Report and Recommendation.

THUS DONE, SIGNED, AND RESPECTFULLY SUBMITTED on this the ___7th___ day of September, 2014.

SIGNATURES ON NEXT PAGE.

Respectfully Submitted,

| **J. Christopher Alexander, Sr., Esq., LLC** | **Spring & Spring, LLC** |
|---|---|
| Attorney and Counselor at Law | Attorneys at Law |
| /s/ J. Christopher Alexander, Sr., Esq. | /s/ S. Stephen Spring, II, Esq. |
| J. Christopher Alexander, Sr., Esq. | S. Stephen Spring, II, Esq. |
| Louisiana Bar Roll No.: 26,591 | Louisiana Bar Roll Number: 12347 |
| 3751 Government Street, Suite "A" | 733 East Airport Avenue, Suite 104 |
| Baton Rouge, Louisiana 70806 | Baton Rouge, Louisiana 70806 |
| 225-761-9456 (telephone) | 225.932.9671 (telephone) |
| 225-761-7899 (facsimile) | 413.451.8923 (facsimile) |
| chris@jcalaw.us | springlaw@gmail.com |
| Co-Counsel for Plaintiffs | Co-Counsel for Plaintiffs |

**R. Royal Alexander, Esq.**
Attorney and Counselor at Law

/s/ R. Royal Alexander, Esq.
R. Royal Alexander, Esq.
Louisiana Bar Roll No.: 25,331
333 Texas Street, Suite 725
Shreveport, Louisiana 71101
318-934-1179 (telephone)
318-673-8456 (facsimile)
ralexander@deep-south.com
Co-Counsel for Plaintiffs

CERTIFICATE OF SERVICE ON NEXT PAGE.

- 4 -

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading has been served upon the following counsel of record herein:

>**Michael Corry, Esq.**
>Briney Foret Corry, LLP
>413 Travis Street
>Lafayette, Louisiana  70503
>337-237-4070 (telephone)
>337-233-8719 (facsimile)
>corry@brineyforet.com
>
>**Hallie Pilcher Coreil**
>Briney Foret Corry, LLP
>413 Travis Street
>Lafayette, Louisiana  70503
>337-237-4070 (telephone)
>337-233-8719 (facsimile)
>coreil@brineyforet.com
>
>**Richard R Montgomery**
>Briney Foret Corry, LLP
>413 Travis Street
>Lafayette, Louisiana  70503
>337-237-4070 (telephone)
>337-233-8719 (facsimile)
>rrmontgomery@brineyforet.com

**I FURTHER CERTIFY** that the foregoing service was effected via delivery of this self-same document into the Court's electronic filing system, which delivery does thereby fulfill counsel's duty to provide notice to all parties herein, and which filing was made on this the 7th day of September, 2014, from the City of Baton Rouge, Parish of East Baton Rouge, State of Louisiana.

>         /s/ S. Stephen Spring, II, Esq.
>         S. Stephen Spring, II, Esq.