UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

Date: September 16, 2014

Reply to: JUDGE RICHARD T. HAIK

Subject: 12-1532 Marceaux v. Lafayette City Parish Consolidated Government, et al

To: All counsel of record

## MINUTE ENTRY

      The Motion for Attorney Fees by the defendants (Doc. #167) was set for Hearing on the 18th day of September, 2014.  No opposition to the motion has been filed.  Consequently, the motion has been **GRANTED AS UNOPPOSED** and the Hearing is hereby **CANCELLED.**

RTH/mpg