U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED LAFAYETTE

SEP 23 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| KANE MARCEAUX, GREG CORMIER, SCOTT POIENCOT, NORBERT MYERS, GABE THOMPSON, NOVEY STELLY, ULETOM P. HEWITT, REGINA BRISCOE AND ALEETA M. HARDING | CIVIL ACTION NO: 6:12-cv-01532 |
| VERSUS | JUDGE RICHARD T. HAIK, SR. |
| LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT; LAFAYETTE POLICE DEPARTMENT THROUGH THE LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT; LESTER JOSEPH "JOEY" DUREL, JR. IN HIS CAPACITY AS PRESIDENT OF THE LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT; DEE EDWARD STANLEY, INDIVIDUALLY AND IN HIS CAPACITY AS CHIEF ADMINISTRATIVE OFFICER OF THE LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT; JAMES P. "JIM" CRAFT, INDIVIDUALLY AND IN HIS CAPACITY AS CHIEF OF THE LAFAYETTE POLICE DEPARTMENT; AND GEORGE "JACKIE" ALFRED, INDIVIDUALLY AND IN HIS CAPACITY AS PATROL DIVISION COMMANDER OF THE LAFAYETTE POLICE DEPARTMENT | MAGISTRATE JUDGE PATRICK J. HANNA |

************************************************************

## JUDGMENT

Considering the unopposed Motion to Tax Costs and for Attorneys' Fees filed on behalf of Defendants (Doc. 167):

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendants' Motion (Doc. 167) be and is hereby granted, in accordance with this Court's September 16, 2014 Minute Entry (Doc. 171) and in light of the fact that the Motion was unopposed.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiffs, KANE MARCEAUX, GREG CORMIER, SCOTT POIENCOT, NORBERT MYERS, GABE

THOMPSON, NOVEY STELLY, ULETOM P. HEWITT, REGINA BRISCOE AND ALEETA M. HARDING, and Plaintiffs' counsel, S. STEPHEN SPRING, II, J. CHRISTOPHER ALEXANDER, AND ROYAL ALEXANDER, be and are hereby taxed all costs incurred in this matter by prevailing parties, Defendants, LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT, ET AL. Pursuant to F.R.C.P. Rule 54(d), costs are hereby taxed in the amount of $17,041.19.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiffs, KANE MARCEAUX, GREG CORMIER, SCOTT POIENCOT, NORBERT MYERS, GABE THOMPSON, NOVEY STELLY, ULETOM P. HEWITT, REGINA BRISCOE AND ALEETA M. HARDING, and Plaintiffs' counsel, S. STEPHEN SPRING, II, J. CHRISTOPHER ALEXANDER, AND ROYAL ALEXANDER, be and are hereby ordered to reimburse Defendants' legal fees in the amount of $91,035.00.

Signed this 23rd day of September, 2014 in Lafayette, Louisiana.

_____
HONORABLE RICHARD T. HAIK