U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED   LAFAYETTE

OCT 0 2 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

KANE MARCEAUX, GREG CORMIER,            CIVIL ACTION NO: 6:12-cv-01532
SCOTT POIENCOT, NORBERT MYERS,
GABE THOMPSON, NOVEY STELLY,
ULETOM P. HEWITT, REGINA BRISCOE
AND ALEETA M. HARDING

VERSUS                                  JUDGE RICHARD T. HAIK, SR.

LAFAYETTE CITY-PARISH CONSOLIDATED
GOVERNMENT; LAFAYETTE POLICE
DEPARTMENT THROUGH THE LAFAYETTE
CITY-PARISH CONSOLIDATED
GOVERNMENT; LESTER JOSEPH "JOEY"
DUREL, JR. IN HIS CAPACITY AS PRESIDENT
OF THE LAFAYETTE CITY-PARISH
CONSOLIDATED GOVERNMENT; DEE
EDWARD STANLEY, INDIVIDUALLY AND IN
HIS CAPACITY AS CHIEF ADMINISTRATIVE
OFFICER OF THE LAFAYETTE CITY-PARISH
CONSOLIDATED GOVERNMENT; JAMES P.
"JIM" CRAFT, INDIVIDUALLY AND IN HIS
CAPACITY AS CHIEF OF THE LAFAYETTE
POLICE DEPARTMENT; AND GEORGE
"JACKIE" ALFRED, INDIVIDUALLY AND IN
HIS CAPACITY AS PATROL DIVISION
COMMANDER OF THE LAFAYETTE
POLICE DEPARTMENT             MAGISTRATE JUDGE PATRICK J. HANNA
*********************************************************************

## JUDGMENT

Considering the unopposed Motion to Tax Costs and for Attorneys' Fees filed on behalf

of Defendants (Doc. 167):

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendants' Motion

(Doc. 167) be and is hereby granted, in accordance with this Court's September 16, 2014 Minute

Entry (Doc. 171) and in light of the fact that the Motion was unopposed.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiffs, KANE

MARCEAUX, GREG CORMIER, SCOTT POIENCOT, NORBERT MYERS, GABE

THOMPSON, NOVEY STELLY, ULETOM P. HEWITT, REGINA BRISCOE AND ALEETA M. HARDING, and Plaintiffs' counsel, S. STEPHEN SPRING, II, J. CHRISTOPHER ALEXANDER, AND ROYAL ALEXANDER, be and are hereby taxed all costs incurred in this matter by prevailing parties, Defendants, LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT, ET AL. Pursuant to F.R.C.P. Rule 54(d), costs are hereby taxed in the amount of $17,041.19.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiffs, KANE MARCEAUX, GREG CORMIER, SCOTT POIENCOT, NORBERT MYERS, GABE THOMPSON, NOVEY STELLY, ULETOM P. HEWITT, REGINA BRISCOE AND ALEETA M. HARDING, and Plaintiffs' counsel, S. STEPHEN SPRING, II, J. CHRISTOPHER ALEXANDER, AND ROYAL ALEXANDER, be and are hereby ordered to reimburse Defendants' legal fees in the amount of $91,035.00.

Signed this _1st_ day of _October_, 2014 in Lafayette, Louisiana.

HONORABLE RICHARD T. HAIK