UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| KANE MARCEAUX, GREG CORMIER, SCOTT POIENCOT, NORBERT MYERS, GABE THOMPSON, NOVEY STELLY, ULETOM P. HEWITT, REGINA BRISCOE AND ALEETA M. HARDING | CIVIL ACTION NO: 6:12-cv-01532 |
| VERSUS | JUDGE RICHARD T. HAIK, SR. |
| LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT; LAFAYETTE POLICE DEPARTMENT THROUGH THE LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT; LESTER JOSEPH "JOEY" DUREL, JR. IN HIS CAPACITY AS PRESIDENT OF THE LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT; DEE EDWARD STANLEY, INDIVIDUALLY AND IN HIS CAPACITY AS CHIEF ADMINISTRATIVE OFFICER OF THE LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT; JAMES P. "JIM" CRAFT, INDIVIDUALLY AND IN HIS CAPACITY AS CHIEF OF THE LAFAYETTE POLICE DEPARTMENT; AND GEORGE "JACKIE" ALFRED, INDIVIDUALLY AND IN HIS CAPACITY AS PATROL DIVISION COMMANDER OF THE LAFAYETTE POLICE DEPARTMENT | MAGISTRATE JUDGE PATRICK J. HANNA |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**<u>MOTION FOR POST JUDGMENT COSTS AND ATTORNEYS' FEES</u>**

NOW INTO COURT, through undersigned counsel, come Defendants/Judgment Creditors, LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT, ET AL, which hereby move the Court for post judgment costs and attorneys' fees pursuant to 42 USC §1988 and FRCP Rule 54(d)(2), upon representing as follows:

1.

Plaintiffs/Judgment Debtors asserted various claims against Defendants/Judgment Creditors based on 42 USC §1983, among others.  This Court dismissed all claims, and the U.S. Court of Appeals for the Fifth Circuit affirmed.  (Doc. 178).  Through the course of these proceedings, the Court awarded Defendants/Judgment Creditors $5,000.00 as sanctions against Plaintiffs' counsel, S. Stephen Spring, II ("Spring") and J. Christopher Alexander ("Alexander").  (Doc. 138).  In addition, the Court awarded Defendants/Judgment Creditors costs totaling $17,041.19 and attorneys' fees pursuant to 42 USC §1988 in the amount of $91,035.00.  (Doc. 174).  The Court of Appeals for the Fifth Circuit affirmed same.

2.

To date, the amounts described herein remain outstanding, despite repeated demand from Defendants/Judgment Creditors.  Accordingly, Defendants/Judgment Creditors filed a Motion to Examine Judgment Debtors on or about July 22, 2015 and have undertaken measures with which to collect said judgments.

3.

As shown by the Affidavit filed herewith as Exhibit A, post-judgment attorneys' fees incurred to date as a result of Plaintiffs/Judgment Debtors' default are 4.7 hours.

4.

As prevailing parties under 42 USC §1988, Movers are entitled to recover reasonable attorneys' fees and expenses, including costs and expenses incurred or which may occur as a result of Plaintiffs/Judgment Debtors' default in payment of the judgments described herein.

WHEREFORE, Defendants/Judgment Creditors pray that Plaintiffs/Judgment Debtors be ordered to reimburse Defendants/Judgment Creditors for post-judgment costs and attorneys' fees incurred as a result of having to execute on the judgments of this court.

RESPECTFULLY SUBMITTED:

**BRINEY FORET CORRY, LLP**

BY: s/ Michael P. Corry
    MICHAEL P. CORRY – 20764
    PATRICK J. BRINEY – 03467
    HALLIE P. COREIL – 33784
    413 Travis Street, Suite 200
    Post Office Box 51367
    Lafayette, Louisiana 70505-1367
    Telephone: (337) 237-4070
    Facsimile: (337) 233-8719
ATTORNEY FOR DEFENDANTS/JUDGMENT CREDITORS

**CERTIFICATE**

This is to certify that on July 27, 2014, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following:

springlaw@gmail.com    jca@jcalaw.us

ralexander@deep-south.com    hanna_orders@lawd.uscourts.gov

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant or pro se defendant:

**None.**

    s/Michael P. Corry
    MICHAEL P. CORRY - 20764

3