UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

KANE MARCEAUX, GREG CORMIER,     CIVIL ACTION NO: 6:12-cv-01532
SCOTT POIENCOT, NORBERT MYERS,
GABE THOMPSON, NOVEY STELLY,
ULETOM P. HEWITT, REGINA BRISCOE
AND ALEETA M. HARDING

VERSUS     JUDGE RICHARD T. HAIK, SR.

LAFAYETTE CITY-PARISH CONSOLIDATED
GOVERNMENT; LAFAYETTE POLICE
DEPARTMENT THROUGH THE LAFAYETTE
CITY-PARISH CONSOLIDATED
GOVERNMENT; LESTER JOSEPH "JOEY"
DUREL, JR. IN HIS CAPACITY AS PRESIDENT
OF THE LAFAYETTE CITY-PARISH
CONSOLIDATED GOVERNMENT; DEE
EDWARD STANLEY, INDIVIDUALLY AND IN
HIS CAPACITY AS CHIEF ADMINISTRATIVE
OFFICER OF THE LAFAYETTE CITY-PARISH
CONSOLIDATED GOVERNMENT; JAMES P.
"JIM" CRAFT, INDIVIDUALLY AND IN HIS
CAPACITY AS CHIEF OF THE LAFAYETTE
POLICE DEPARTMENT; AND GEORGE
"JACKIE" ALFRED, INDIVIDUALLY AND IN
HIS CAPACITY AS PATROL DIVISION
COMMANDER OF THE LAFAYETTE
POLICE DEPARTMENT     MAGISTRATE JUDGE PATRICK J. HANNA
**************************************************************************

**AFFIDAVIT**

STATE OF LOUISIANA

PARISH OF LAFAYETTE

      BEFORE ME, Notary Public, in and for the Parish of Lafayette, came and appeared MICHAEL P. CORRY, SR., who attests as follows:

1.    I am a person of full age of majority and admitted to practice before the United States District Court for the Western District of Louisiana.

1

2.     I am lead counsel of record for all Defendants and was retained to defend the above-captioned lawsuit.

3.     Since the United States Court of Appeals for the Fifth Circuit issued the mandate in this matter, affirming all judgments and awards in favor of Defendants, I and my firm expended approximately 4.7 hours in efforts to collect sums awarded by the Court.

_____
MICHAEL P. CORRY, SR. – 20764

SWORN TO AND SUBSCRIBED BEFORE ME THIS 24 day of July, 2015.

_____
NOTARY PUBLIC

HALLIE P. COREIL
NOTARY PUBLIC #92525
STATE OF LOUISIANA
MY COMMISSION IS FOR LIFE

2